UNION BANK OF BROOKLYN, Respondent, *v.* LIDA M. FLEITMANN, as Administratrix of the Estate of F. AUGUSTUS HEINZE, Deceased, Appellant.

*Union Bank of Brooklyn* v. *Fleitman,* 173 App. Div. 984, affirmed.
(Argued March 20, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1916, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon certain promissory notes. The defendant set up as a counterclaim that the plaintiff held as collateral security for loans made by it to the defendant Heinze various securities which were deposited under an agreement by which the defendant should have the right at any time to redeem such of the securities as he desired by paying the plaintiff the

market price at the time of redemption, which amount should be applied on the defendant's indebtedness; that on numerous occasions the defendant demanded that he be permitted to redeem, at their respective market values, various of the securities, but the plaintiff refused to permit such redemption or to sell them at their respective market values with the result that they depreciated to the defendant's substantial loss; that a part of the stocks and securities are still held by the plaintiff.

*Charles A. Winter* for appellant.

*Joseph G. Deane* and *Philip A. Walter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.